# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

ANTHONY BAKER,

    Petitioner,

vs.                                       Case No. 3:13cv359/LC/CJK

TENA M. PATE, et al.,

    Respondents.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 14, 2013. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objection pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 18) is adopted

and incorporated by reference in this order.

2. Respondent Florida Parole Commission's motion to dismiss (doc. 12) is GRANTED.

3. The amended § 2254 petition (doc. 5) challenging the FPC's setting of petitioner's presumptive parole release date is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust state court remedies.

4. The clerk shall close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 3rd day of December, 2013.

                                                  s/ *L.A. Collier*
                                                    Lacey A. Collier
                                     Senior United States District Judge